UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § CRIMINAL NUMBER C-21-795 |
| | § |
| STEVEN BRADLEY FURMAN | § |

## STIPULATION OF FACT

Steven Bradley Furman, hereinafter referred to as the Defendant, has agreed to stipulate with the Acting United States Attorney for the Southern District of Texas, Jennifer B. Lowery, through the undersigned Assistant United States Attorney, to the following facts and expected testimony concerning the violation of Title 18, United States Code, Sections 2252A(a)(2)(B) and 2252A(b)(1) alleged in Count One of the above-numbered Indictment. The parties agree that these facts are sufficient to establish a factual basis for the Defendant's plea, pursuant to Fed. R. Crim. P. 11(b)(3). The parties further agree that other facts exist, and those facts may be relevant at sentencing herein.

I.

As to Count One of the above numbered Indictment, the Defendant confesses that, within the Southern District of Texas:

1. The Defendant knowingly distributed an item of child pornography, as alleged in the indictment;

2. the item of child pornography had been transported in or affecting interstate or foreign commerce by any means, including by computer; and

1

3. when the Defendant distributed the item, the Defendant knew the item contained child pornography.

II.

The Defendant further stipulates and agrees that, had the case proceeded to trial, the United States would have evidence as outlined below, and would have called witnesses to testify to the following.

1. The Federal Bureau of Investigation, Washington state, Portland Field Office received a CyberTipline report which indicated that an individual (not the Defendant, and hereinafter referred to as "the individual") was involved in trading child exploitative material. On September 30, 2020, search warrants were executed at the individual's residence. Evidence recovered from the warrant indicated that the individual had been actively trading child exploitative material with another person who used the email addresses "bradwants09@protonmail.com" and "bradwants09@gmail.com".

2. The individual signed a consent form which allowed the FBI to assume his online identity for the individual's ProtonMail account. Review of the account showed that, on September 18, 2020, the user of email address "bradwants09protonmail.com" sent 27 files to the individual. One of those files included an image labeled "AnalLoli (8).jpg"", which depicted a nude prepubescent boy, approximately 8 years old, lying on his side atop a mattress. In the picture, a nude adult male is penetrating the child's anus with the adult male's erect penis. A review of the individual's account also showed that, on September 23, 2020, the individual sent a message to "bradwants09protonmail.com" that contained seven images. All of the images featured nude prepubescent boys displaying their genitals.

3. Subsequent administrative subpoenas sent to Google and Charter Communications showed that the person utilizing bradwants09@gmail.com accessed the internet from an apartment in

2

Corpus Christi, Texas. The internet subscriber at this address was a relative of the Defendant. On April 1, 2021, U.S. Magistrate Judge Jason B. Libby signed a search warrant to search the apartment in Corpus Christi, Texas. On April 6, 2021, FBI agents executed the warrant. While searching the apartment, agents interviewed the Defendant. Agents advised the Defendant that he was not detained and that, should he choose to do so at any point during the interview, the Defendant could invoke his right to speak with an attorney.

4. To start the interview, the Agent explained how an investigation into an individual involved in trading child pornography had led to this current search warrant. The Agent advised that some of the images of child pornography had been tracked to the Defendant's apartment. The Agent shared three examples of emails sent or received from the apartment. The Defendant was then asked what goes through his mind when he viewed child pornography online. The Defendant stated that he did not look for it or seek it, but that he did view child pornography in order to remind him [the Defendant] why not to do anything not to do anything bad to children. Viewing child pornography for purely sexual release would infuriate the Defendant.

5. Despite the Defendant's denials about possessing child pornography, the Defendant was invited to re-interview at FBI office in Corpus Christi on April 22, 2021. After being advised of the identity of the interviewers and the nature of the interview, the Defendant confessed to possessing and distributing child pornography. The Defendant confessed that he began viewing pornography of teenagers approximately three to four years ago. He began by viewing Russian and Chinese websites such as Slimdog and Roadkill. The Defendant stated that these sites mostly contain anime; however, if users scrolled down long enough, they would encounter child pornography. The Defendant was eventually directed to a website called imagefap.com. Imagefap contained images of both adults and children. The site allowed users to share images, stories, and comments. The Defendant used the

3

bradwants09@gmail.com to register with imagefap. Other imagefap members advised the Defendant to sign up for an email account with protonmail. The Defendant signed up in either 2019 or 2020. The Defendant said his protonmail email address was bradwants09@protonmail.com. The Defendant confessed that he used protonmail to trade a lot of child pornography as well as write fantasy stories.

6. During execution of the search warrant, FBI agents seized the Defendant's computer. Subsequent forensic analysis of the computer showed that the computer contained videos and images of child pornography, including content depicting prepubescent minors engaging in sexually explicit conduct. Specifically, agents found 671 files of child pornography. This included videos of girls as young as approximately 3 years old performing oral sex on adult males.

III.

The parties hereto agree that the United States could prove the above facts beyond a reasonable doubt.

The undersigned have thoroughly reviewed, understand, and agree that the information contained in this Stipulation of Fact are true and correct.

_____      11-30-21
STEVEN BRADLEY FURMAN     Date
Defendant

_____      _____
FRED JIMENEZ     Date
Attorney for Defendant

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

By: _____      November 28, 2021
DENNIS E. ROBINSON     Date
Assistant United States Attorney

4